**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Criminal No. 02-383(1) (DWF)

Plaintiff,

v.

**ORDER AND MEMORANDUM**

Ervin Maurice Lee,

Defendant.

This matter is before the Court on Defendant's request to be discharged from his probationary status.

Based upon the Court's review of the file in this matter, and the Court having consulted with officials within the United States Probation Department for the District of Minnesota and for the District of Texas - Northern, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Defendant's request to be discharged from probation is respectfully **DENIED**.

Dated: February 3, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court

**MEMORANDUM**

Prior to making a decision in this case, the Court consulted with the United States Probation Department and evaluated what has occurred with similarly situated defendants. The Court is fully aware that the Defendant will take strenuous issue with the Court's decision. The Court would also like to commend the Defendant for his efforts, based upon Defendant's letter of December 15, 2004, which the Court has reviewed and passed on to the appropriate officials in the United States Probation Department. However, and the Court states this respectfully, after consulting with the United States Probation Department and reviewing the file in this matter, the Court has concluded that the interests of justice do not obligate this Court to discharge the Defendant at this time from his probationary status. The Court assumes that the United States Probation Department will work with the Defendant's situation to minimize their contact with prospective customers so that Defendant's cleaning service will not be adversely affected.

D.W.F.